IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ELIZABETH EMMENS,**
**CORY AHRENS, HEATHER**    CIVIL ACTION NO. 1:23-cv-00588-KK-JFR
**NORDQUIST, CASA DEL**
**OSO SF, LLC, CORY SHIRK,**
**DIANA OLIVAR, LUNA**
**VISTA, LLC, EL SAGRADO, LLC**
**and CHARLES "TREY"**
**CORKERN, III**
               Plaintiffs

   v.

**THE SANTA FE COUNTY BOARD OF**
**COMMISSIONERS and PENNY ELLIS**
**GREEN, in her official capacity as the Santa Fe**
**County Growth Management Director**
               Defendants

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

TO DEFENDANTS, THE SANTA FE COUNTY BOARD OFCOMMISSIONERS and PENNY ELLIS GREEN, in her official capacity as the Santa Fe County Growth Management Director, AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs, Elizabeth Emmens, Cory Ahrens, Heather Nordquist, Casa del Oso SF, LLC, Cory Shirk, Diana Olivar, Luna Vista, LLC, El Sagrado, LLC, and Charles "Trey" Corkern, III, and their counsel of record, hereby give notice that the above entitled action is voluntarily dismissed against Defendants, with prejudice, as to all federal claims, but without prejudice, as to all state claims.

Plaintiffs further state for the record that any state claims brought in a future state court proceeding shall mirror those brought in the above entitled action.

                                                        Respectfully submitted,

                                                        DOMAS LAW, LLC

                                                        */s/ Stephen M. Domas*
128 Grant Avenue, Suite 102
Santa Fe, New Mexico, 87501
Telephone: 504-220-3882
Email: sdomas@domaslaw.com

*Counsel for Plaintiffs*

   -and-

CHRISTOPHER M. GRIMMER,
ATTORNEY AT LAW, LLC

*/s/ Christopher M. Grimmer*
Christopher M. Grimmer
PO Box 31970
Santa Fe, New Mexico  87594-1970
Phone: (505) 660-4800
Email: chris@grimmerfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2024, I filed the foregoing pleading electronically through the CM/ECF system, which caused all counsel of record to be served electronically, as more fully reflected on the Notice of Electronic Filing.

      */s/ Stephen M. Domas*
      Stephen M. Domas